## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CREATIVE MANAGEMENT SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-1864C |
| | ) | (Judge Griggsby) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 60-day enlargement of time within which to respond to plaintiff's complaint. The United States' response is currently due on April 5, 2019. This extension would bring the date for responding to the complaint to June 4, 2019. This is defendant's second request for an enlargement of time for this purpose, after having been granted an enlargement of time of 60 days. Counsel for plaintiff has indicated that they do not oppose this motion.

Counsel for the defendant sent the General Services Administration (GSA) a copy of the complaint with a request for a litigation report, pursuant to 28 U.S.C. § 520, in late January after the 35-day government shutdown. GSA indicates that it has been working diligently to gather data and to prepare the litigation report, but needs additional time before transmitting the report to counsel for the defendant. After the litigation report is received, defendant's counsel will need sufficient time to review the litigation report, obtain any additional information or clarification from GSA, and prepare and file the Government's response to the complaint, following supervisory review.

In addition, undersigned counsel was recently assigned a bid protest, *Red Cedar Harmonia LLC v. United States*, No. 19-405 (administrative record due April 12, 2019). And although we understand that the press of business in other courts is not necessarily cause for an enlargement in this Court, we note that the undersigned counsel is also handing a case before the United States Court of Appeals for the Federal Circuit, *Ragsdale v. Social Security Administration*, No. 18-2394 (brief due on April 12, 2019), and a case before the Court of International Trade, *Asociacion de Exportadores e Industriales de Aceitunas de Mesa, et al. v. United States*, Nos. 18-195 (brief due May 17, 2019). Moreover, the undersigned counsel is scheduled to be on leave from April 15 through April 20, 2019.

For these reasons, the defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 60 days, to and including June 4, 2019, within which to respond to the plaintiff's complaint.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

 s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

 s/Sonia W. Murphy
SONIA W. MURPHY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-3067

Of Counsel:
Stephen T. O'Neal
Assistant General Counsel
Office of General Counsel (LP)
General Services Administration

Date: March 22, 2019                                    Attorneys for Defendant United States

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of March, 2019, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

                                      /s/ Sonia W. Murphy
                                      Sonia W. Murphy